IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-01746-KAS

KANWALJEET SINGH,

     Petitioner,

v.

JUAN BALTAZAR, in his official capacity as Warden of the Denver Contract Detention Facility,
TODD M. LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement,
MARKWAYNE MULLIN, in his official capacity as Secretary of the U.S. Department of Homeland Security, and
TODD BLANCHE, in his official capacity as Attorney General of the United States,

     Respondents.
_____

### ORDER TO TERMINATE CASE
_____
### ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA

On May 26, 2026, the Court granted Petitioner's Petition for Writ of Habeas Corpus [#1] in part and ordered Respondents to provide Petitioner with a bond hearing by no later than June 3, 2026. *See Order* [#14]. The Court also directed Respondents to show at the bond hearing by clear and convincing evidence that Petitioner was detained pursuant to a warrant. *See id*. On June 8, 2026, Respondents filed a status report informing the Court that on June 1, 2026, Petitioner was provided with a bond hearing before an immigration judge. *See Status Report* [#15]. Although Respondents acknowledge that the immigration judge failed to address the warrant issue at the bond hearing, Respondents also provide a warrant for Petitioner's arrest alongside their status report dated April 22, 2026, *Warrant for Arrest* [#15-2]; the Court finds that this warrant clearly and convincingly shows that

Petitioner was detained pursuant to a warrant and that Respondents have therefore met their burden to show that Petitioner was detained pursuant to a warrant.

The Court further finds that Petitioner has now received the relief the Court granted to him and that no further proceedings in this matter are required. Accordingly, the Clerk of Court is directed to terminate this case.

Dated: June 9, 2026