**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-01746-KAS

KANWALJEET SINGH,

     Petitioner,

v.

JUAN BALTAZAR, in his official capacity as Warden of the Denver Contract Detention Facility,
TODD M. LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement,
MARKWAYNE MULLIN, in his official capacity as Secretary of the U.S. Department of Homeland Security, and
TODD BLANCHE, in his official capacity as Attorney General of the United States,

     Respondents.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the order (ECF No. 16) of Magistrate Judge Kathryn A. Starnella entered on June 9, 2026, it is

ORDERED that the Court finds that Petitioner has now received the relief the Court granted to him and that no further proceedings in this matter are required.

IT IS FURTHER ORDERED that the Clerk of Court is directed to terminate this case.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:    s/L. Galera, Deputy Clerk